UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEREK JOHNSON, | |
| Petitioner, | Civil No. 07-5109 (KSH) |
| v. | |
| BRUCE A. HAUCK, et al., | **O R D E R** |
| Respondents. | (CLOSED) |

For the reasons set forth in the Court's Opinion filed herewith,

It is on this 8th day of December, 2008,

ORDERED that the application for a writ of habeas corpus under 28 U.S.C. § 2254 is DENIED; and it is further

ORDERED that a certificate of appealability will not issue because Petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2).

/s/ Katharine S. Hayden
KATHARINE S. HAYDEN
United States District Judge